Karen L. Uno (SBN 117410)
kuno@bhc.law
James I. Silverstein (SBN 143543)
jsilverstein@bhc.law
BHC Law Group LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608-2604
(510) 658-3600 Telephone
(510) 658-1151 Facsimile

Attorneys for Plaintiff
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARY E. COWELL, CANDICE E. STACY aka CANDICE E. COWELL and DAVID RIGDON,<br><br>Defendants. | Case No.: 2:24-cv-03065-WBS-AC<br><br>**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>[Local Rule 233]<br><br>Date: N/A [Local Rule 233(c)]<br>Time: N/A [Local Rule 233(c)]<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |
|---|---|

**BHC LAW GROUP LLP**
—————
5900 Hollis Street
Suite O
Emeryville, CA
94608
510-658-3600

-1-
ORDER RE MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF SCHEDULING CONFERENCE

The Court having reviewed plaintiff Nationwide Agribusiness Insurance Company's Motion for Administrative Relief regarding the Scheduling Conference, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Scheduling Conference set for June 2, 2025, at 1:30 p.m. in Department 5 is taken off-calendar.

**IT IS ALSO ORDERED** that upon Magistrate Judge Claire's ruling on Nationwide's Motion for a Default Judgment [Dkt. No. 22], the Court will decide whether to reset the Scheduling Conference or not.

**IT IS FURTHER ORDERED** that should the Scheduling Conference be rescheduled, the deadline to file a Joint Status Report will be 14 days prior to the rescheduled Scheduling Conference.

IT IS SO ORDERED.

Dated: May 8, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BHC LAW GROUP LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600

-2-