UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIED ARGIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARY E. COWELL, CANDICE E. STACY aka CANDICE E. COWELL, and DAVID RIGDON,<br><br>Defendants. | No. 2:24-cv-3065 WBS AC<br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On May 16, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 27. Defendant has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2025, are adopted in full; and

2. Plaintiff's motion for default judgment (ECF No. 22) is granted.

1

3. The court issues a declaratory judgment stating as follows:

    A. Nationwide has no obligation to defend or indemnify Mary Cowell under the Nationwide Farm Liability Policy, Policy No. FPK FMPN 7834095691 for the Rigdon action;

    B. Nationwide has no obligation to defend or indemnify Candice Stacy aka Candice Cowell under the Nationwide Farm Liability Policy, Policy No. FPK FMPN 7834095691 for the Rigdon action; and

    C. This declaratory judgment is binding on David Rigdon.

4. Judgment is entered for plaintiff and this case is closed.

Dated: July 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Nati3065.800.

2